# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-3214

_____

Jason L. Kelly

*Plaintiff - Appellant*

v.

Frank Bisignano, Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 5, 2026
Filed: June 17, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jason Kelly appeals following the district court's[1] dismissal of his employment-related action for failure to timely exhaust administrative remedies and failure to state

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

a claim.  Upon careful review, we conclude that the dismissal was proper for the reasons stated by the district court.  <u>See</u> <u>Warmington v. Bd. of Regents of Univ. Of Minn.</u>, 998 F.3d 789, 795 (8th Cir. 2021); <u>King v. Iowa Dep't of Corr.</u>, 598 F.3d 1051, 1052 (8th Cir. 2010).  We further conclude that the district court did not abuse its discretion in denying Kelly's motion for counsel, request to supplement, or Fed. R. Civ. P. 59(e) motion.  <u>See</u> <u>Akpovi v. Douglas</u>, 43 F.4th 832, 837 (8th Cir. 2022); <u>Longie v. Spirit Lake Tribe</u>, 400 F.3d 586, 588 n.3 (8th Cir. 2005); <u>Davis v. Scott</u>, 94 F.3d 444, 447 (8th Cir. 1996).

 Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____